# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2089
LT Case No. 16-2009-CF-006375-A

_____

GENEVA M. KELLUM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Geneva M. Kellum, Florida City, pro se.

James Uthmeier, Attorney General, and Amanda Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

April 14, 2026


PER CURIAM.

AFFIRMED.


WALLIS, EDWARDS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____